# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA,
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **DANIEL KYLE THOMAS**, an individual, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | **CIVIL ACTION NO:** |
| **WALKER COUNTY BOARD OF COMMISSIONERS**, a county commission; **JOHN MARK TIREY**, an individual; **WILLIAM LEE SMITH**, an individual; and **TRENT McCLUSKEY**, an individual; **ALVIN M. COLLINS**, an individual; | § § § § § § § § § § | 3:05-cv-00506-IPJ |
| Defendants. | § | |

## PLAINTIFF'S EVIDENTIARY MATERIAL IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, Daniel Kyle Thomas, and submits the following evidentiary materials in support of his Response to the Defendants', Walker County, Alabama, Commission, Sheriff John Mark Tirey and Jail Administrator, Trent McCluskey, Motion for Summary Judgment.

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| Plaintiff's Exhibit A | Deposition of John M. Tirey |
| Plaintiff's Exhibit B | Deposition of Trent McCluskey |

Plaintiff's Exhibit C     Deposition of Alvin Collins

Plaintiff's Exhibit D     Deposition of James Woodley

Plaintiff's Exhibit E     Deposition of Daniel Kyle Thomas

Plaintiff's Exhibit F     Deposition of Sonya Gold

Plaintiff's Exhibit G     Deposition of Darrell McBride

Plaintiff's Exhibit H     Deposition of Phillip Robinson

Plaintiff's Exhibit I     Deposition of Dayron Bridges

Plaintiff's Exhibit J     Deposition of Jeffrey Lockhart

Plaintiff's Exhibit K     Deposition of Arthur Armstrong

Plaintiff's Exhibit L     Deposition of Albert Steadman

Plaintiff's Exhibit M     Deposition of Charlie Skalnik

Plaintiff's Exhibit N     Deposition of Brandon Burton

Plaintiff's Exhibit O     Deposition of Dr. Kris Lee Sperry

Plaintiff's Exhibit P     Deposition of Frank McGinty

Plaintiff's Exhibit Q     Gold Nurse Note regarding Thomas.

Plaintiff's Exhibit R     Medical Records on Daniel Thomas from Walker Baptist Medical Center, February 9, 2004

Plaintiff's Exhibit S     Defendants' Response to Plaintiff's First Request for Production of Documents

| | |
|---|---|
| Plaintiff's Exhibit T | Walker County Sheriff's Department Policy & Procedure, Title 1.01, unsigned and undated |
| Plaintiff's Exhibit U | Walker County Sheriff's Department, Staff Communications, Title 2.12, unsigned and undated |
| Plaintiff's Exhibit V | Walker County Sheriff's Department, Policy & Procedure, Title 1.01, October 26, 1998 |
| Plaintiff's Exhibit W | Walker County Sheriff's Department Staff Communications, Title 2.12, October 26, 1998 |
| Plaintiff's Exhibit X | Walker County Sheriff's Department, Classification, Title 5.01, October 26, 1998 |
| Plaintiff's Exhibit Y | Walker County Jail Post Orders, Maximum Housing Rover, June 1998 |
| Plaintiff's Exhibit Z | Alvin Collins' Responses to Plaintiff's Request for Admissions |
| Plaintiff's Exhibit AA | Defendants' Answers to Plaintiff's Interrogatories to Defendants, Walker County Commission, John Mark Tirey and Trent McCluskey |
| Plaintiff's Exhibit BB | <u>Terrell</u> Consent Order |
| Plaintiff's Exhibit CC | Walker County Sheriff's Department, Classification, Title 5.01, unsigned and undated |
| Plaintiff's Exhibit DD | Taped Interview of Thomas, February 9, 2004 |
| Exhibit EE | Taped Interview of Thomas, February 11, 2004 |

3

| | |
|---|---|
| Exhibit FF | <u>State of Alabama Department of Conservation & Natural Resources v. State Personnel Board</u>, 637 So.2d 894 (Ala. Civ. App. 1994) |
| Exhibit GG | Thomas' Inmate Observation Logs |
| Exhibit HH | Defendants' Response to Plaintiff's Second Request for Admissions |

                    **s/ Ronald R. Crook**
                    Ronald R. Crook
                    Bar No: ASB-7310-R55R
                        Attorney for Plaintiff
                    SMITH & ALSPAUGH, P.C.
                    505 20th Street North, Suite 1100
                    Birmingham, AL 35203
                    Telephone: 205-324-8910
                    Fax: 205-324-8929
                    E-mail: rcrook@smithalspaugh.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2006, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Darrell L. Masters, Esq.
C. Richard Hill, Jr., Esq.
WEBB & ELEY, P.C.
P.O. Box 240909
Montgomery, AL 36124

Kristi A. Dowdy, Esq.
McDONALD & DOWDY
1005 Montgomery Highway
Birmingham, AL  35216

      I further certify that I currently hold the original signature document with all the formalities.

      I further certify that I have served a copy of the above upon the following Defendant of record by U.S. Mail, postage prepaid and properly addressed on this the 14th day of August, 2006:

Lee Andrew Smith
AIS No. 1142192
Limestone Correctional Facility
28779 Nick David Road
Harvest, AL  35749

                                          Respectfully submitted,

                                          /s Ronald R. Crook
                                          Ronald R. Crook
                                          SMITH & ALSPAUGH, P.C.
                                          505 20th Street North, Suite 1100
                                          Birmingham, AL 35203
                                          Telephone: 205-324-8910
                                          Fax: 205-324-8929
                                          E-mail: rcrook@smithalspaugh.com
                                          Bar No: ASB-7310-R55R