# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| DANIEL KYLE THOMAS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 05-J-0506-NW |
| WALKER COUNTY COMMISSION, et al., | ) ) | |
| Defendants. | ) ) | |

## ORDER

The parties having informed the court that they have reached an amicable settlement of all remaining claims in this case;

It is therefore **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**;

It is further **ORDERED** that this court retains jurisdiction over this cause for the purpose of enforcing the parties' settlement agreement;

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE and ORDERED** this the 11th day of September 2006.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE